IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| WILLIAM TRAVION HARRIS, | ) | |
|---|---|---|
| Petitioner, | ) | 8:15CV438 |
| V. | ) | |
| STATE OF NEBRASKA, | ) | ORDER |
| Respondent. | ) | |

Regarding the Petitioner's motion to clarify and be more specific (filing no. 14),

IT IS ORDERED that the Respondent shall file a response with such records as are necessary and a brief no later than April 21, 2016. The Court will not address any motion for summary judgment or answer filed in this case by the Respondent until the Respondent addresses the motion to clarify and be more specific. All previous deadlines that have been set by the prior order on initial review (filing no. 9) are canceled pending resolution of Petitioner's motion.

DATED this 7th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge