IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM TRAVION HARRIS, | ) | |
| Petitioner, | ) | 8:15CV438 |
| v. | ) | |
| STATE OF NEBRASKA, | ) | MEMORANDUM AND ORDER |
| Respondent. | ) | |

Having considered the very helpful response of the Respondent,

IT IS ORDERED that:

1. Petitioner's motion for leave to allow for additional documents (filing no. 17) is denied as moot as Respondent has made the requested documents available to Petitioner.

2. On or before the close of business on May 31, 2016, Petitioner shall do one of the following two things:

A. File a motion in this Court asking that the court stay and abey these proceedings in order for Petitioner to file a prompt motion to reinstate his postconviction appeal by filing such a motion in the state district court; or,

B. File a notice in this Court that Petitioner wishes to proceed with this federal action without seeking to reinstate his postconviction appeal.

3. The Clerk shall set a case management deadline of June 1, 2016, to review the status of this case.

DATED this 13th day of May, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge