IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WILLIAM TRAVION HARRIS,          )
                                 )
                Petitioner,       )          8:15CV438
                                 )
        V.                        )
                                 )
STATE OF NEBRASKA,                )          ORDER
                                 )
                Respondent.       )
_____ )


        IT IS ORDERED that the Respondent shall respond to the Petitioner's motion
to stay (filing no. 22) on or before June 15, 2016.

        DATED this 1st day of June, 2016.

                                BY THE COURT:

                                *Richard G. Kopf*
                                Senior United States District Judge