IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM TRAVION HARRIS, | ) | |
| | ) | |
| Petitioner, | ) | 8:15CV438 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

On June 14, 2016, the undersigned entered an order (filing no. 27) directing the petitioner to file a status report on or before October 12, 2016, and every 60 days thereafter, regarding his reinstated appeal. The petitioner has not filed his October 12, 2016 status report.

IT IS ORDERED that the petitioner is given until October 28, 2016, to file his status report regarding his reinstated appeal. Petitioner's additional status reports shall be filed every 60 days thereafter without fail. A subsequent failure to file a status report may result in dismissal of this case with or without prejudice.

DATED this 18th day of October, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge